IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica Medrano Morales,<br><br>Petitioner,<br><br>v.<br><br>Christopher D McGregor, et al.,<br><br>Respondents. | No. CV-26-00508-PHX-KML (DMF)<br><br>**ORDER** |

On February 13, 2026, petitioner's counsel sent an email to the chambers address requesting an update on the status of the petition. That email included additional information regarding petitioner's personal circumstances. The email was also sent to respondents' counsel, meaning it did not qualify as an ex parte communication. But the email was still improper.

All substantive communications with the court must occur through filings on the docket. Not only does that eliminate the possibility of ex parte communications, it ensures a complete record. *Givens v. California Dep't of Corr. & Rehab.*, No. 219CV0017TLNKJNP, 2022 WL 4292412, at *1 (E.D. Cal. Sept. 16, 2022) ("Any communication pertinent to this action must be filed in this case so such communications are a matter of record, and provide opposing parties notice of the communication."). The chambers inbox may be used only for the submission of proposed orders.

/

/

To prevent any misunderstanding, the order resolving the case had already been sent for processing at the time counsel's email was received. Thus, the email had no impact on when or how this case was resolved. But counsel is cautioned against sending similar emails in any other matters.

**IT IS SO ORDERED**.

Dated this 13th day of February, 2026.

Honorable Krissa M. Lanham
United States District Judge